FILED
October 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )      Case No. 2:98-cr-155 DFL
            Plaintiff,              )
                                    )
v.                                  )      ORDER FOR RELEASE
                                    )      OF PERSON IN CUSTODY
Alonzo Johnson,                     )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Alonzo Johnson  Case  2:98-cr-155 DFL  from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and~~ for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    __   Unsecured bond in the amount of

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_  (Other) Probation conditions/supervision; contact Elk Grove probation upon release

Issued at  Sacramento, CA  on  10/15/07  at  2:13 p.m.

By  /s/ Kimberly J. Mueller
Kimberly J. Mueller,
United States Magistrate Judge