UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

I N T E R O F F I C E   M E M O R A N D U M

**TO:** Harry Vine, Courtroom Deputy
of the Honorable John A. Mendez

**FROM:** Wendy E. Reyes
United States Probation Officer

**DATE:** April 20, 2009

**SUBJECT:** **Alonzo Deon JOHNSON**
**Docket Number: 2:98CR00155-01**
<u>**REQUEST FOR CONTINUANCE**</u>

This is to advise that we are requesting this matter be continued on Your Honor's calendar from April 28, 2009, at 9:30 a.m., to May 19, 2009, at 9:30 a.m., for further violation proceedings. All parties are in agreement to the continuance.

**Reviewed by:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

WER/cj

cc: Probation Office
Samuel Wong, Assistant United States Attorney
Timothy Zindel, Defense Counsel

__X__ Approved

/s/ John A. Mendez          4/21/2009
**JOHN A. MENDEZ**          Date
**United States District Judge**

____ Disapproved