```
DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ALONZO DEON JOHNSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br>ALONZO DEON JOHNSON,          )<br>                              )<br>              Defendant.      )<br>                              )<br>_____) | No. 2:98-CR-0155 JAM<br><br>**STIPULATION AND ORDER<br>EXTENDING SURRENDER DATE**<br><br><br>Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Alonzo Deon Johnson, that Mr. Johnson's surrender date may be extended two weeks from January 12, 2010, to January 26, 2010.

   On December 1, 2009, the Court revoked Mr. Johnson's supervised release and sentenced him to 30 days in BOP custody with instruction to surrender to the designated BOP facility on January 12, 2010.  When Mr. Johnson called to inquire about his designation, however, defense counsel learned that BOP had yet to designate a place for him to serve his sentence.  The Marshal Service advised that a designation would not

likely be made before January 12, probably because of delay in filing the Judgment and Commitment order, which was not docketed until December 30, 2009.

For this reason, the parties agree that Mr. Johnson's surrender date should be continued two weeks to January 26, 2010, to afford time to complete the designation.  Mr. Johnson shall surrender on January 26, 2010, to the institution designated, or to the Marshal on the fifth floor of the U.S. Courthouse in Sacramento, no later than 2:00 p.m.

                                       Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

Dated: January 7, 2010          /s/ T. Zindel
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for ALONZO DEON JOHNSON

                                       BENJAMIN B. WAGNER
                                       United States Attorney

Dated: January 7, 2010          /s/ T. Zindel for B. Hemesath
                                       PAUL HEMESATH
                                       Assistant U.S. Attorney

**O R D E R**

Mr. Johnson's surrender date is continued to January 26, 2010, as set forth above.  He shall surrender that day as previously instructed.

IT IS SO ORDERED.

Dated: January 8, 2010          /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Judge

Stip. & Order                                        -2-